IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> ROMSCO, INC., <br><br> Defendant. | CIV. NO. 25-00065 JAO-RT <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS, ECF NO. 18 |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS, ECF NO. 18**

Findings and Recommendations having been filed on July 25, 2025 and served on all parties, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations to Grant in Part and Deny in Part Plaintiffs' Motion for Entry of Default Judgment against Romsco, Inc., ECF No. 18, are adopted as the opinion and order of this Court.

///

///

///

///

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, September 19, 2025.



Jill A. Otake
United States District Judge

CIV. NO. 25-00065 JAO-RT, *Hawaii Carpenters Trust Funds v. Romsco, Inc.*; Order Adopting Magistrate Judge's Findings and Recommendations, ECF No. 18